

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brock Allmaras, on behalf of others similarly situated and the State of California under the Private Attorneys General Act | Civil Action No. 24-cv-02021-GPC-SBC |
| **Plaintiff,** | |
| **V.** | |
| University Mechanical & Engineering Contractors, Inc.; Does 1 through 50 inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

judgment in favor of the Defendant. The case is hereby closed.

**Date:**        2/11/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen

J. Olsen, Deputy